NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**WEN CHIANN YEH,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————————

2012-3216

———————————————

Petition for review of the Merit Systems Protection Board in case no. CH1221110433-W-2.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The Merit Systems Protection Board moves for a 30-day extension of time, until April 1, 2013, to file its principal brief. Wen Yeh opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

WEN YEH V. MSPB                                                                                   2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly    
Jan Horbaly
Clerk

s27